IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALAN PRUSHAN** | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  02-CV-3785 |
| | : | |
| **NUMODA CORPORATION, et al.** | : | |

**ORDER**

**AND NOW**, this _____ day of October, 2002, **IT IS ORDERED** that this case is **REFERRED** to the Honorable Jacob P. Hart, United States Magistrate Judge, for the purpose of conducting a settlement conference.

BY THE COURT:


_____
**BRUCE W. KAUFFMAN,  J.**