ALAN PRUSHAN v. NUMODA CORPORATION, et al.
02-3785

Kauffman   -   Settlement

Type of Action: Diversity - Breach of Contract

LAW CLERKS



COUNSEL

**(P)**         John A. Gallagher, Esquire
            HIGH SWARTZ ROBERTS & SEIDEL
            40 East Airy Street
            Norristown   PA   19404
            TEL:
            FAX:


**(D)**         Simon J. Rosen, Esquire
            1515 Market Street, Ste. 1810
            Philadelphia   PA   19102
            TEL: 215-561-0246
            FAX: 215-


10/16/02    Order signed by J. Kauffman referring this matter to JPH for settlement.  Stl cnf will be held on Wednesday, 11/6/02 at 10:00 a.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN PRUSHAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NUMODA CORPORATION, et al. | : | NO. 02-3785 |

## **O R D E R**

  AND NOW, this _____ day of _____, 2002, pursuant to the October 16, 2002, Order of Judge Bruce W. Kauffman in the above captioned matter, a settlement conference has been scheduled before the undersigned on WEDNESDAY, NOVEMBER 6, 2002, at 10:00 a.m., in Room 3041, United States Courthouse, 601 Market St., Philadelphia, PA 19106.

  The senior attorney in charge of the matter for each of the parties, **AND THE PARTIES THEMSELVES**, or if a corporation, an official of the corporation with settlement authority are required to attend the conference in person. If a party is more than one hundred miles from Philadelphia and prior permission is given by the court, the party may participate by telephone. The parties and counsel must be prepared to discuss settlement or other disposition of the matter.

  Counsel are directed to fax confidential position papers not longer than 2 pages directly to Chambers (fax. no. 215-580-2163) not later than 2 business days prior to the date of the conference. The position paper should address the party's settlement position, as well as any other issue that counsel believes will be of assistance to the Court in helping the parties resolve this matter. **THIS DOCUMENT IS NOT TO BE SHARED WITH OPPOSING COUNSEL NOR FILED OF RECORD. THIS IS FOR JUDGE HART'S EYES ONLY**.

_____<br>
DEBORAH FETTERS<br>
DEPUTY CLERK TO HON. JACOB P. HART

Copies faxed to:
 John Gallagher, Esq.; Simon Rosen, Esq.

Copies mailed to: