ALAN PRUSHAN v. NUMODA CORPORATION, et al.
02-3785

Kauffman  -  Settlement

Type of Action: Diversity - Breach of Contract

LAW CLERKS

COUNSEL

**(P)**              John A. Gallagher, Esquire
                     HIGH SWARTZ ROBERTS & SEIDEL
                     40 East Airy Street
                     Norristown   PA   19404
                     TEL:
                     FAX:

**(D)**              Simon J. Rosen, Esquire
                     1515 Market Street, Ste. 1810
                     Philadelphia   PA   19102
                     TEL: 215-561-0246
                     FAX: 215-

10/16/02      Order signed by J. Kauffman referring this matter to JPH for settlement.  Stl cnf
              will be held on Wednesday, 11/6/02 at 10:00 a.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALAN PRUSHAN                          :              CIVIL ACTION
                                      :
            v.                        :
                                      :
NUMODA CORPORATION, et al.            :              NO. 02-3785

## O R D E R

        AND NOW, this            day of                , 2002, pursuant to the
October 16, 2002, Order of Judge Bruce W. Kauffman in the above captioned matter, a
settlement conference has been scheduled before the undersigned on WEDNESDAY,
NOVEMBER 6, 2002, at 10:00 a.m., in Room 3041, United States Courthouse, 601 Market St.,
Philadelphia, PA 19106.

        The senior attorney in charge of the matter for each of the parties, **AND THE
PARTIES THEMSELVES**, or if a corporation, an official of the corporation with settlement
authority are required to attend the conference in person.  If a party is more than one hundred
miles from Philadelphia and prior permission is given by the court, the party may participate by
telephone.   The parties and counsel must be prepared to discuss settlement or other disposition
of the matter.

        Counsel are directed to fax confidential position papers not longer than 2 pages
directly to Chambers (fax. no. 215-580-2163) not later than 2 business days prior to the date of
the conference.  The position paper should address the party's settlement position, as well as any
other issue that counsel believes will be of assistance to the Court in helping the parties resolve
this matter.   **THIS DOCUMENT IS NOT TO BE SHARED WITH OPPOSING
COUNSEL NOR FILED OF RECORD.  THIS IS FOR JUDGE HART'S EYES ONLY**.

                          _____
                          DEBORAH FETTERS
                          DEPUTY CLERK TO HON. JACOB P. HART

Copies faxed to:                                    Copies mailed to:
    John Gallagher, Esq.; Simon Rosen, Esq.