IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN PRUSHAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NUMODA CORPORATION, et al. | : | NO. 02-3785 |

**O R D E R**

      AND NOW, this 6th day of November, 2002, IT IS HEREBY ORDERED that a settlement conference in the above-captioned matter will be conducted before the undersigned on TUESDAY, NOVEMBER 12, 2002, at 1:00 p.m., in Room 3041, United States Courthouse, 601 Market St., Philadelphia, PA 19106.

      Defendant RICHARD G. STYS is HEREBY ORDERED to appear in person along with his counsel, Simon J. Rosen or any new counsel he should retain prior to the date of the above-scheduled conference. Defendant Stys and his counsel must be prepared to discuss settlement of the matter.

 

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE

Copies faxed to:
  John Gallagher, Esq.; Simon Rosen, Esq.

Copies mailed to: