HIGH, SWARTZ, ROBERTS & SEIDEL LLP   Attorneys for Plaintiff
By:   John A. Gallagher, Esquire
      James B. Shrimp, Esquire
Attorney ID Nos. 61914 & 84061
40 East Airy Street
Norristown, PA 19404
(610) 275-0700

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN PRUSHAN | : | |
|    Plaintiff | : | CIVIL ACTION |
| v. | : | NO. 02-CV-3785 |
| | : | |
| NUMODA CORPORATION, et al. | : | JURY TRIAL DEMANDED |
| | : | |
|    Defendants | : | |

### PRAECIPE TO WITHDRAW PLAINTIFF'S
### MOTION TO ENFORCE SETTLEMENT AGREEMENT

TO THE CLERK OF COURT:

   Kindly withdraw Plaintiff's Motion to Enforce Settlement Agreement, filed with the Court on or about January 24, 2003, without prejudice.

                                     HIGH SWARTZ ROBERTS & SEIDEL LLP

Date: June 10, 2003                By: _____
                                              John A. Gallagher, Esquire